**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1319**

JERMAINE BOLDEN,

             Plaintiff – Appellant,

        v.

MCCABE, WEISBERG & CONWAY LLC,

             Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District Judge.  (8:13-cv-01265-DKC)

Submitted:  September 23, 2014        Decided:  September 30, 2014

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jermaine Bolden, Appellant Pro Se. Michael Thomas Cantrell, MCCABE WEISBERG & CONWAY, LLC, Laurel, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Bolden appeals the district court's order denying his motion to reconsider and amend his complaint alleging violations of consumer protection laws. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bolden v. McCabe, No. 8:13-cv-01265-DKC (D. Md. Mar. 13, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED